STATE of Missouri, Respondent,

v.

Hubert HOLMES, Appellant.

Nos. WD 52081, WD 54502.

Missouri Court of Appeals,
Western District.

June 2, 1998.

Kent Denzel, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

### ORDER

PER CURIAM.

Appellant–Movant was convicted of robbery first degree, armed criminal action, resisting arrest, and possession of a controlled substance. On direct appeal he seeks reversal, under plain error, for the prosecutor's closing argument. In his Rule 29.15 appeal he asserts counsel was incompetent for failure to object in closing argument, and for failing to seek a change of venue based on pretrial publicity. Judgments affirmed. Rule 30.25(b) and Rule 84.16(b).

In the INTEREST OF C.L.J.

and

C.S., Respondent,

v.

C.J. (Natural Mother), Appellant.

Nos. WD 54182, WD 54185.

Missouri Court of Appeals,
Western District.

Submitted March 12, 1998.

Decided June 2, 1998.

James C. Dowling, Fulton, for appellant.

Randall B. Johnston, guardian ad litem, Elizabeth K. Magee, Columbia, for respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM.

C.J., the natural mother of C.L.J. and C.S., appeals the judgment terminating her parental rights as to the two children, ages 7 and 4 respectively. Although C.J.'s brief is not in compliance with Rule 84.04, we have reviewed for plain error in order to ascertain that there was no manifest injustice or miscarriage of justice in this case.

Having carefully reviewed the record, we conclude that the evidence is sufficient to support the judgment of termination, that termination of her parental rights was in the best interest of both of the children, and that the judgment of termination should be affirmed. Because a published opinion would have no precedential value, we affirm by this summary order pursuant to Rule 84.16(b). A memorandum of the reasons for our decision has been furnished to the parties.

Judgment is affirmed.